UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

C.A. No. 05-40202-FDS

WARNER BROS., INC.,
           Plaintiffs,
v.

SAHARA, INC.,
           Defendant.

**STIPULATION OF DISMISSAL**

The parties hereto, in accordance with Rule 41(a)(1), Fed.R.Civ.P., hereby stipulate that the above-captioned matter may be dismissed with prejudice and without costs, including attorneys' fees, to any party, all parties waiving all rights of appeal.

Attorneys for Plaintiffs,
HOLLAND & KNIGHT, LLP

Attorneys for Defendant,

By:   /s/ Stephen S. Young
    Stephen S. Young, BBO #530840
    10 St. James Avenue
    Boston, MA 02116
    (617) 523-2700
    syoung@hklaw.com

By:   /s/ Lucy D. Lovrien
    Lucy D. Lovrien, BBO #555042
    Ten Winthrop Square
    Boston, MA 02110
    (617) 423-4050
    lovrien@wn.net

Dated: May 24, 2006

Dated: May 23, 2006

CERTIFICATE OF SERVICE

I, Stephen S. Young, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on May 24, 2006.

          /s/ Stephen S. Young
          Stephen S. Young

# 3666096_v1